497 F.2d 110
 NATIONAL BROADCASTING COMPANY, INC., Television 12 of
Jacksonville, Inc., and WKRG-TV, Inc., Petitioners,
v.
The Honorable Winston E. ARNOW, Chief Judge, United States
District Court For the Northern District of
Florida, et al., Respondents.
 No. 73-2691.
 United States Court of Appeals, Fifth Circuit.
 July 11, 1974.
 
 Appeal from the United States District Court for the Northern District of Florida; Winston E. Arnow, Chief Judge.
 Corydon B. Dunham, Vice Pres. & Gen. Counsel, Nat'l. Broadcasting Co., Inc., New York City, James A. McKenna, Jr., James R. Cooke, Washington, D.C., Floyd Abrams, Eugene R. Scheiman, New York City, W. Spencer Mitchem, Pensacola, Fla., Morton Stavis, Newark, N.J., Doris Peterson, New York City, for Briggs.
 Larry G. Turner, Gainesville, Fla., Brady Coleman, Austin, Tex., for Briggs and others.
 Talbot D'Alemberte, Miami, Fla., for Columbia.
 Elliot Richardson, Atty. Gen., Erwin N. Griswold, Solicitor Gen., U.S. Dept. of Justice, Washington, D.C., William H. Stafford, Jr., U.S. Atty., Pensacola, Fla., for respondents.
 Before DYER, MORGAN and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The petition for mandamus is dismissed as moot.[1]
 
 
 
 [1]
 See our companion opinion in United States v. Columbia Broadcasting System, Inc., 5 Cir., 497 F.2d 102, (No. 73-2602, July 11, 1974)